# Order

**Supreme Court**
**Lansing, Michigan**

September 21, 2005

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

125312
125314

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

                                            SC: 125312
                                            COA: 249185

JASON CHARLES WHITE,
         Defendant-Appellant.
                                            Muskegon CC: 00-045384-FH

_____/

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

                                            SC: 125314
                                            COA: 249218

JASON CHARLES WHITE,
         Defendant-Appellant.
                                            Muskegon CC: 00-045229-FH

_____/

      By order of November 12, 2004, the application for leave to appeal was held in abeyance pending the decision in *People v Hendrick* (Docket No. 126371). On order of the Court, the opinion having been issued on June 14, 2005, 472 Mich 555 (2005), the application is again considered. The Court finds that the issue raised is now moot. Hence, the application is DENIED.



     I, CORBIN R. DAVIS, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 21, 2005                                _____

p0914                                               Clerk